SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>          Plaintiff,<br><br>     vs.<br><br>Hong Tran, et al,<br><br>          Defendants | Case No. **2:11-cv-03150-JAM-KJN**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF HONG TRAN**<br><br>Case to Remain Open with Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendant, Hong Tran, is hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

Date:   12/15/2011

                              /s/ John A. Mendez_____
                              U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-03150-JAM-KJN- 1

PDF created with pdfFactory trial version www.pdffactory.com