```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff;<br><br>     vs.<br><br>Hong Tran, et al,<br><br>          Defendants | Case No. **2:11-cv-03150-JAM-KJN**<br><br>**ORDER RE: REQUEST FOR DISMISSAL**<br><br>DISMISSAL OF DEFENDANTS ANDRIE F. GRIMAUD; MURIELLE C. GRIMAUD; III EDWARD E. COLSON; DENNIS R. SCIOTTO; CAROL ANN SCIOTTO WITHOUT PREJUDICE |

   IT IS SO ORDERED that Defendants, Andrie F. Grimaud; Murielle C. Grimaud; III Edward E. Colson; Dennis R. Sciotto; Carol Ann Sciotto, are hereby dismissed WITHOUT prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(2).

Date: 6/3/2013

                              /s/ John A. Mendez
                              Judge of the United States
                              District Court

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-03150-JAM-KJN- 1