SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff;<br><br>     vs.<br><br>Hong Tran, et al,<br><br>          Defendants | ) Case No.**2:11-cv-03150-JAM-KJN**<br>)<br>) **ORDER RE: STIPULATION FOR**<br>) **DISMISSAL**<br>)<br>)<br>) **Dismissal of Defendants Shoaib**<br>) **Mahmood; Ted Leung; Fanny Leung**<br>) **With Prejudice**<br>)<br>)<br>)<br>) |

     IT IS SO ORDERED THAT Defendants, Shoaib Mahmood; Ted
Leung; Fanny Leung, are hereby dismissed with prejudice
pursuant to Fed. R. Civ. P. Rule 41(a)(2).

Date: 6/10/2013

                              /s/ John A. Mendez
                              Judge of the United States
                              District Court