SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff;<br><br>　vs.<br><br>Hong Tran, et al,<br><br>　　　　Defendants | Case No. **2:11-cv-03150-JAM-KJN**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL**<br><br>**Dismissal of Defendants Shoaib Mahmood; Ted Leung; Fanny Leung With Prejudice** |

　　IT IS SO ORDERED THAT Defendants, Shoaib Mahmood; Ted Leung; Fanny Leung, are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(2).

Date: 6/10/2013

　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　Judge of the United States
　　　　　　　　　　　District Court